# United States Court of Appeals for the Federal Circuit

---

September 18, 2013

**ERRATA**

---

Appeal No. 2013-1133

**IN RE MOTOROLA MOBILITY LLC**

Decided: September 16, 2013
Nonprecedential Opinion

---

Please make the following change:

Page 1, change "COKE MORGAN STEWART, Associate Solicitor, argued for appellee" to MICHAEL S. FORMAN, Associate Solicitor, argued for appellee.